UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Case 1:21-cv-03863-ARR-JRC
CHRISTIAN PAULINO d/b/a MY NEIGHBORS
GROCERY STORE,

                                                   Plaintiff(s),   **AFFIRMATION OF SERVICE**

       -against-

UNITED STATES OF AMERICA and UNITED
STATES DEPARTMENT OF AGRICULTURE,
                                                   Defendant(s)
-----------------------------------------------------------------X

**I, BENJAMIN SHARAV** affirm the following under awareness of the penalties of perjury:

1. I am an attorney licensed in the courts of the State of New York and in the United States Court for the Eastern District of New York and am not a party to this action.

2. On July 14, 2021, at 7:00 pm, I served the SUMMONS and the COMPLAINT and Defendants UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE by sending each in a properly addressed and sealed envelope by CERTIFIED UNITED STATES MAIL to

| To: | UNITED STATES OF AMERICA<br>c/o Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>1320 Braddock Place, Room 5042<br>Alexandria, VA 22314 | UNITED STATES OF AMERICA<br>U.S. DEPARTMENT OF AGRICULTURE<br>c/o United States Attorney's Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |
|---|---|---|

Proof of Certified Mailing is attached.

Dated:    New York, New York
             July 14, 2021

                                                               **BENJAMIN SHARAV, Esq.**
                                                               IBS-8536
                                                               160 West End Ave., #25K
                                                               New York, NY 10023
                                                               Juris_ben@msn.com