AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CHRISTIAN PAULINO d/b/a MY NEIGHBORS GROCERY STORE

*Plaintiff(s)*

v.   Civil Action No. 21cv3863

UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA, c/o Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, D.C. 20530

UNITED STATES OF AMERICA
c/o U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin Sharav, IBS-8536
Law Office of VICTOR J. MOLINA, VJM-1741
930 Grand Concourse, Ste. 1A
Bronx, NY 10451, Tel.: (718) 401-1600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 7/13/2021

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | )|
|---|---|
| CHRISTIAN PAULINO d/b/a MY NEIGHBORS GROCERY STORE | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 21cv3863 |
| UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE, | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  UNITED STATES DEPARTMENT OF AGRICULTURE
1320 Braddock Place, Room 5042, Alexandria, VA 22314

UNITED STATES DEPARTMENT OF AGRICULTURE
c/o U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin Sharav, IBS-8536
Law Office of VICTOR J. MOLINA, VJM-1741
930 Grand Concourse, Ste. 1A
Bronx, NY 10451, Tel.: (718) 401-1600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 7/13/2021

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*