ARR-JRC   Document 11-2   Filed 07/14/21   Page

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

**OFFICIAL USE**

| Certified Mail Fee | $3.60 | | 0029 |
|---|---|---|---|
| $ | | $2.85 | 24 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

JUL 14 2021

Postage  $1.20
$

Total Postage and Fees
$  $7.65

07/14/2021

Sent To  United States c/o Dept. of Justice
Street and Apt. No., or PO Box No.  950 Pensylvania Ave NW
City, State, ZIP+4®  Washington DC 20530

7019 2970 0001 8400 7708

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Brooklyn, NY 11201

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $3.60 |
| $ | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.20 |
| $ | |
| Total Postage and Fees | $7.65 |

0029
24
Postmark Here
JUL 14 2021
07/14/2021

Sent To United States, c/o U.S. Attorney EDNY
Street and Apt. No., or PO Box No. 271 Cadman Plaza East
City, State, ZIP+4® Brooklyn, NY 11201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Alexandria VA 22314

OFFICIAL USE

| Certified Mail Fee | $3.60 | | 0029 |
|---|---|---|---|
| $ | | $7.85 | 24 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $1.20
$

Total Postage and Fees
$ $7.65

07/14/2021

Sent To United States Dept. of Agriculture
Street and Apt. No., or PO Box No. 1320 Braddock Place Rm 5042
City, State, ZIP+4® Alexandria VA 22314

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0350 0001 5504 7168

# UNITED STATES POSTAL SERVICE

ANSONIA
178 COLUMBUS AVE
NEW YORK, NY 10023-9998
(800)275-8777

07/14/2021                           07:04 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.20 |
|   Alexandria, VA 22314 | | | |
|   Weight: 0 lb 1.70 oz | | | |
|   Estimated Delivery Date | | | |
|     Mon 07/19/2021 | | | |
|   Certified Mail® | | | $3.60 |
|     Tracking #: | | | |
|     70210350000156047168 | | | |
|   Return Receipt | | | $2.85 |
|     Tracking #: | | | |
|     9590 9402 5823 0034 8207 55 | | | |
| Total | | | $7.65 |
| First-Class Mail® Large Envelope | 1 | | $1.20 |
|   Brooklyn, NY 11201 | | | |
|   Weight: 0 lb 1.90 oz | | | |
|   Estimated Delivery Date | | | |
|     Mon 07/19/2021 | | | |
|   Certified Mail® | | | $3.60 |
|     Tracking #: | | | |
|     70210350000156047199 | | | |
|   Return Receipt | | | $2.85 |
|     Tracking #: | | | |
|     9590 9402 5823 0034 8207 62 | | | |
| Total | | | $7.65 |
| First-Class Mail® Large Envelope | 1 | | $1.20 |
|   Washington, DC 20530 | | | |
|   Weight: 0 lb 1.70 oz | | | |
|   Estimated Delivery Date | | | |
|     Mon 07/19/2021 | | | |
|   Certified Mail® | | | $3.60 |
|     Tracking #: | | | |
|     70192970000184000811 | | | |
|   Return Receipt | | | $2.85 |
|     Tracking #: | | | |
|     9590 9402 5823 0034 8207 86 | | | |
| Total | | | $7.65 |

---

Grand Total:                          $22.95

---

Credit Card Remitted                  $22.95
  Card Name: AMEX
  Account #: XXXXXXXXXXXX4016
  Approval #: 807896
  Transaction #: 791
  AID: A000000025010801     Chip
  AL: AMERICAN EXPRESS
  PIN: Not Required

---

```
*******************************************
```
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
```
*******************************************
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.