UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTIAN PAULINO d/b/a MY NEIGHBORS GROCERY STORE,

        Plaintiff,

-v-

UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE,

        Defendants.

Case 1:21-cv-03863-ARR-JRC

STIPULATION AND ORDER STAYING PLAINTIFF'S DISQUALIFICATION FROM THE SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM PENDING FINAL DISPOSITION

WHEREAS Plaintiff CHRISTIAN PAULINO d/b/a MY NEIGHBORS GROCERY STORE ("Plaintiff") has filed a Complaint dated July 9, 2021 seeking to enjoin and restrain Defendants United States of America and the United States Department of Agriculture (collectively, "Defendants" or the "USDA") from temporarily disqualifying Plaintiff, for a period of six months, from the Supplemental Nutrition Assistance Program ("SNAP"); and

WHEREAS the USDA has agreed to a stay of the administrative action to temporarily disqualify Plaintiff from participating in the SNAP until final disposition of this action, without prejudice to USDA's right to move to vacate the stay upon further case developments or changed circumstances;

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between Plaintiff and the USDA, by their respective undersigned attorneys, that:

1.    The USDA agrees to stay its June 14, 2021 decision disqualifying Plaintiff from participating in SNAP during the pendency of this action (the "Stay"), without prejudice to USDA's right to move to vacate the Stay upon further case developments or changed

circumstances. The Stay will be in effect until the Court issues a final decision in this action; however, the Stay will not remain in effect during the duration of any appeals.

2.      During the Stay, Plaintiff shall abide by, and be governed by, all the rules and regulations of the SNAP in the same manner as Plaintiff would have been required to do had the disqualification not taken place.

3.      The USDA's agreement to Stay Plaintiff's disqualification from the SNAP during the pendency of the above-captioned action shall not in any manner be construed to be a concession of liability (or a concession that the subject disqualification was improper or unlawful in any way), nor shall the Stay limit the USDA's right to oppose Plaintiff's claims and the relief sought in its complaint filed in the above-captioned action.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: July 16, 2021
      New York, New York

                                     JACQUELYN M. KASULIS
                                     Acting United States Attorney
                                     EASTERN District of New York
                                     *Attorney for Defendants*

                By:                    s/ Dara A. Olds
                                     DARA A. OLDS
                                     Assistant United States Attorney
                                     271A Cadman Plaza East
                                     Brooklyn, NY 11201
                                     Tel.: (718) 254-6148
                                     E-mail: DOlds@usa.doj.gov

Dated: July 15, 2021
      New York, New York

                                       Benjamin Sharav
                                     Victor Jose Molina, Jr.
                                     *Attorneys for Plaintiff*

                By:
                                     BENJAMIN SHARAV
                                     Law Office of Victor J. Molina
                                     930 Grand Concourse, Ste. 1A
                                     Bronx, New York 10451
                                     Tel: (718-401-1600
                                     E-mail: v.j.molina@verizon.net
                                                juris_ben@msn.com

SO ORDERED:

_____
HON. ALLYNE R. ROSS
United States District Judge

Dated: _____

3